AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ABE McDONALD,

                Plaintiff,

v.

AIRWAY HEIGHTS CORRECTIONS CENTER,
C/O BAILEY, C/O VANDENBURG, C/O SHIELDS,
and C/O JACKSON,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-182-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion to Voluntarily Dismiss Complaint is granted and the Complaint is Dismissed Without Prejudice.

August 24, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson